UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Gia N. Scott
      Bankruptcy No.  13-20439jkf
      Adversary No.
      Chapter   13

Date:   October 13, 2016

To:   Jerome Blank, Esquire

## NOTICE OF INACCURATE FILING

Re:  Cert. of No Anser

The above pleading was filed in this office on 10-12-16 . Please be advised that the following document(s) filed contains a deficiency as set forth below:

- ( ) Debtor's name does not match case number listed
- ( ) Debtor's name and/or case number (is) are missing
- (x) Wrong PDF document attached
- ( ) PDF document not legible
- ( ) Notice of Motion/Objection
- ( ) Electronic Signature missing
- (x) Other You attached a Crt. of no response, but docketed a Praeceipe to withdraw.

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice. All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov** . Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By:  **Stacey**
Deputy Clerk

CM-ECF 10 day notice.frm
4/30/04