United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gia N. Scott  
    Debtor

Case No. 13-20439-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey    Page 1 of 1    Date Rcvd: Oct 14, 2016  
                Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2016.
```
db              Gia N. Scott,    554 E. Marwood Road,    Philadelphia, PA  19120-2628
13327296       +Deutsche Bank National Trust Company,Et al.,    Wells Fargo Bank, N.A.,
                 Attention: Bankruptcy Department,    MAC # D3347-014,    3476 Stateview Boulevard,
                 Fort Mill, SC  29715-7203
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2016                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2016 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    Federal National Mortgage Association
               agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
              D. TROY SELLARS    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For
               Soundview Home Loan Trust 2006-Wf2, Asset-Backed Certificates, Series 2006-WF2
               D.Troy.Sellars@usdoj.gov
              JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, et. al.
               paeb@fedphe.com
              KIMBERLY A. BONNER    on behalf of Creditor    WELLS FARGO BANK, NA amps@manleydeas.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               james.feighan@phila.gov
              ROBERT N. BRAKER    on behalf of Creditor Rhonda   Manley rbraker@smbb.com
              RONALD G. MCNEIL    on behalf of Debtor Gia N. Scott r.mcneill@verizon.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM F. SWEENEY    on behalf of    Ocean Cable Group william.sweeney@libertymutual.com,
               diane.murphy@libertymutual.com
                                                                                             TOTAL: 11
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | |
|---|---|
| IN RE:<br>GIA N. SCOTT<br>    Debtor<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2006-WF2, ASSET-BACKED CERTIFICATES, SERIES 2006-WF2<br>    Movant<br>v.<br>GIA N. SCOTT<br>    Respondent | BK. No. 13-20439-jkf<br><br>Chapter No. 13<br><br><br><br>11 U.S.C. §362 |

### ORDER MODIFYING §362 AUTOMATIC STAY

AND NOW, this ___ day of _____ 2016, at PHILADELPHIA, upon Motion of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2006-WF2, ASSET-BACKED CERTIFICATES, SERIES 2006-WF2 (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 3049 NORTH SYDENHAM STREET, PHILADELPHIA, PA 19132 (hereinafter the Premises) ~~(as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises),~~ as to ~~allow~~ Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

_____
JEAN K. FITZSIMON, BANKRUPTCY JUDGE

| | |
|---|---|
| WILLIAM C. MILLER, ESQUIRE (TRUSTEE)<br>1234 MARKET STREET, SUITE 1813<br>PHILADELPHIA, PA 19107 | GIA N. SCOTT<br>554 E. MARWOOD ROAD<br>PHILADELPHIA, PA 19120-2628 |
| RONALD G. MCNEIL, ESQUIRE<br>MCNEIL LEGAL SERVICES<br>1333 RACE STREET<br>PHILADELPHIA, PA 19107-1585 | GIA N. SCOTT<br>3049 NORTH SYDENHAM STREET<br>PHILADELPHIA, PA 19132 |
| UNITED STATES TRUSTEE<br>833 CHESTNUT STREET, SUITE 500<br>PHILADELPHIA, PA 19107 | |