**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Gia N. Scott <br> _Debtor_ | CHAPTER 13 |
| Federal National Mortgage Association <br> _Movant_ <br> vs. | NO. 13-20439 JKF |
| Gia N. Scott <br> _Debtor_ | |
| William C. Miller Esq. <br> _Trustee_ | 11 U.S.C. Section 362 |

## **STIPULATION**

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. Movant is Federal National Mortgage Association.

2. Debtor is the owner of the premises 6251 N 5th Street Philadelphia, PA 19120, hereinafter referred to as the mortgaged premises.

3. Movant is the holder of mortgage, original principal amount of $134,995.00 on the mortgaged premises that was executed on February 15, 2007. Said mortgage was recorded on February 22, 2007 in Document ID Number 51637448. The Mortgage was subsequently assigned to Movant by way of Assignment of Mortgage recorded on February 22, 2012 in Document ID Number 52450289 in Philadelphia County.

4. William C. Miller Esq., is the Trustee appointed by the Court.

5. Debtor has agreed to surrender the subject property: 6251 N 5th Street Philadelphia, PA 19120.

6. Movant and Debtor have agreed that Movant is entitled to relief from the automatic stay effective upon the entry of the court approval of this Stipulation.

7. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

8. The parties agree that a facsimile signature shall be considered an original signature.

Date:    November 17, 2016

/s/ **Denise Carlon, Esquire**
Denise Carlon, Esquire
Thomas Puleo, Esquire
Attorneys for Movant
KML Law Group, P.C.
Main Number: (215) 627-1322

Date: Dec. 8, 2016

Ronald G. McNeil Esq.
Attorney for Debtor

Approved by the Court this 14th day of December, 2016. However, the court retains discretion regarding entry of any further order.

Bankruptcy Judge
Jean K. Fitzsimon