United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-20439-jkf
Gia N. Scott                                                              Chapter 13
              Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey          Page 1 of 1              Date Rcvd: Dec 14, 2016
                             Form ID: pdf900        Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2016.
db              Gia N. Scott,    554 E. Marwood Road,    Philadelphia, PA 19120-2628
aty             +ROBERT N. BRAKER,    1650 Market St.,    52nd floor,    Phila., PA 19103-7236
cr              +NationalStar Mortgage, LLC,    PO BOX 619096,    Dallas, TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Dec 15 2016 01:33:14      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 15 2016 01:32:55
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 15 2016 01:33:10    U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: bankruptcy@phila.gov Dec 15 2016 01:33:14      City of Philadelphia,
                Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
                                                                                        TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
NONE            ##+Ocean Cable Group,    3164 Fire Road,    Egg Harbor Township, NJ 08234-9656
                                                                          TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2016                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2016 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    Federal National Mortgage Association
          agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
          ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          D. TROY SELLARS    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For
          Soundview Home Loan Trust 2006-Wf2, Asset-Backed Certificates, Series 2006-WF2
          D.Troy.Sellars@usdoj.gov
          DENISE ELIZABETH CARLON    on behalf of Creditor    Federal National Mortgage Association
          bkgroup@kmllawgroup.com
          JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, et. al.
          paeb@fedphe.com
          KIMBERLY A. BONNER    on behalf of Creditor    WELLS FARGO BANK, NA amps@manleydeas.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
          james.feighan@phila.gov
          ROBERT N. BRAKER    on behalf of Creditor Rhonda   Manley rbraker@smbb.com
          RONALD G. MCNEIL    on behalf of Debtor Gia N. Scott r.mcneill@verizon.net
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
          WILLIAM F. SWEENEY    on behalf of    Ocean Cable Group william.sweeney@libertymutual.com,
          diane.murphy@libertymutual.com
                                                                              TOTAL: 12

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Gia N. Scott<br>_____<br>Debtor | CHAPTER 13 |
| Federal National Mortgage Association<br>_____<br>Movant<br><br>vs. | NO. 13-20439 JKF |
| Gia N. Scott<br>_____<br>Debtor | |
| William C. Miller Esq.<br>_____<br>Trustee | 11 U.S.C. Section 362 |

### **STIPULATION**

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.      Movant is Federal National Mortgage Association.

2.      Debtor is the owner of the premises 6251 N 5th Street Philadelphia, PA 19120, hereinafter referred to as the mortgaged premises.

3.      Movant is the holder of mortgage, original principal amount of $134,995.00 on the mortgaged premises that was executed on February 15, 2007. Said mortgage was recorded on February 22, 2007 in Document ID Number 51637448. The Mortgage was subsequently assigned to Movant by way of Assignment of Mortgage recorded on February 22, 2012 in Document ID Number 52450289 in Philadelphia County.

4.      William C. Miller Esq., is the Trustee appointed by the Court.

5.      Debtor has agreed to surrender the subject property:  6251 N 5th Street Philadelphia, PA 19120.

6.      Movant and Debtor have agreed that Movant is entitled to relief from the automatic stay effective upon the entry of the court approval of this Stipulation.

7.      The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

8.      The parties agree that a facsimile signature shall be considered an original signature.

Date:   November 17, 2016

/s/ **Denise Carlon, Esquire**
Denise Carlon, Esquire
Thomas Puleo, Esquire
Attorneys for Movant
KML Law Group, P.C.
Main Number: (215) 627-1322

Date: Dec. 8, 2016

Ronald G. McNeil Esq.
Attorney for Debtor

Approved by the Court this 14th day of December _____, 2016.  However, the court
retains discretion regarding entry of any further order.

Bankruptcy Judge
Jean K. Fitzsimon