**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Scott, Gia N. | CHAPTER 13
      Debtor(s) |
| BKY. NO. 13-20439 JKF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Federal National Mortgage Association, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 5656

                                    Respectfully submitted,

                                    **/s/Brian C. Nicholas, Esquire**
                                    Brian C. Nicholas, Esquire
                                    Thomas Puleo, Esquire
                                    KML Law Group, P.C.
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106-1532
                                    (215) 825-6306  FAX (215) 825-6406