Certificate Number: 15317-PAE-DE-031801394

Bankruptcy Case Number: 13-20439



15317-PAE-DE-031801394

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 23, 2018, at 9:56 o'clock AM PDT, Gia N Scott completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 23, 2018               By:   /s/Jane Alba

                                       Name: Jane Alba

                                       Title: Counselor