IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: GIA N. SCOTT | ) |
|     **Debtor(s)** | ) |
| | ) CHAPTER 13 |
| SANTANDER CONSUMER USA INC. | ) |
|     **Moving Party** | ) Case No.: 13-20439 (AMC) |
|   v. | ) |
| | ) |
| GIA N. SCOTT | ) **Hearing Date:  4-30-19 at 11:00 AM** |
|     **Respondent(s)** | ) |
| | ) 11 U.S.C. 362 |
| WILLIAM C. MILLER | ) |
|     **Trustee** | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |

## ORDER VACATING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the motion of Santander Consumer USA Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) shall be vacated effective May 31, 2019 to permit the movant to pursue the movant's state court rights in the personal property described as a **2011 Kia Sportage** bearing vehicle identification number KNDPB3A22B7074606 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

IT IS FURTHER ORDERED that the stay shall be vacated immediately on May 31, 2019, without regard to Bankr. R. 4001(a)(3).

Date:


_____
UNITED STATES BANKRUPTCY JUDGE