United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 13-20439-amc
Gia N. Scott                                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Stacey              Page 1 of 1                  Date Rcvd: May 13, 2019
                               Form ID: pdf900          Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2019.
db              Gia N. Scott,    554 E. Marwood Road,    Philadelphia, PA 19120-2628
aty            +ROBERT N. BRAKER,    1650 Market St., 52nd floor,    Phila., PA 19103-7236
cr             +NationalStar Mortgage, LLC,    PO BOX 619096,   Dallas, TX 75261-9096
NONE           +Ocean Cable Group,    3164 Fire Road,   Egg Harbor Township, NJ 08234-9656
cr             +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov May 14 2019 02:15:49     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 14 2019 02:15:40
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 14 2019 02:15:48     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov May 14 2019 02:15:49     City of Philadelphia,
                 Law Revenue Department,    c/o Pamela Elchert Thurmond,   1401 JFK Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA 19102
                                                                                               TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2019 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Federal National Mortgage Association
               agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              D. TROY SELLARS    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For
               Soundview Home Loan Trust 2006-Wf2, Asset-Backed Certificates, Series 2006-WF2
               D.Troy.Sellars@usdoj.gov
              DENISE ELIZABETH CARLON    on behalf of Creditor    Federal National Mortgage Association
               bkgroup@kmllawgroup.com
              JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, et. al.
               paeb@fedphe.com
              KIMBERLY A. BONNER    on behalf of Creditor    WELLS FARGO BANK, NA kab@jsdc.com,    jnr@jsdc.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              ROBERT N. BRAKER    on behalf of Creditor Rhonda  Manley rbraker@smbb.com
              RONALD G. MCNEIL    on behalf of Debtor Gia N. Scott r.mcneill@verizon.net
              THOMAS I. PULEO    on behalf of Creditor    Federal National Mortgage Association
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              WILLIAM F. SWEENEY    on behalf of    Ocean Cable Group william.sweeney@libertymutual.com,
               diane.murphy@libertymutual.com
                                                                                               TOTAL: 15

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: GIA N. SCOTT<br>**Debtor(s)** | )<br>)<br>) CHAPTER 13 |
| SANTANDER CONSUMER USA INC.<br>**Moving Party**<br>v. | )<br>) Case No.: 13-20439 (AMC)<br>)<br>) |
| GIA N. SCOTT<br>**Respondent(s)** | ) **Hearing Date: 4-30-19 at 11:00 AM**<br>)<br>) 11 U.S.C. 362 |
| WILLIAM C. MILLER<br>**Trustee** | )<br>)<br>)<br>)<br>)<br>) |

## ORDER VACATING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the motion of Santander Consumer USA Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) shall be vacated effective May 31, 2019 to permit the movant to pursue the movant's state court rights in the personal property described as a **2011 Kia Sportage** bearing vehicle identification number KNDPB3A22B7074606 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

IT IS FURTHER ORDERED that the stay shall be vacated immediately on May 31, 2019, without regard to Bankr. R. 4001(a)(3).

Date: May 13, 2019

_____
UNITED STATES BANKRUPTCY JUDGE