United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 13-20439-amc
Gia N. Scott                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey              Page 1 of 2              Date Rcvd: May 15, 2019
                            Form ID: 138NEW           Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2019.
```
db             Gia N. Scott,    554 E. Marwood Road,    Philadelphia, PA 19120-2628
aty           +ROBERT N. BRAKER,    1650 Market St.,    52nd floor,    Phila., PA 19103-7236
cr            +NationalStar Mortgage, LLC,    PO BOX 619096,    Dallas, TX 75261-9096
NONE          +Ocean Cable Group,    3164 Fire Road,    Egg Harbor Township, NJ 08234-9656
cr            +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
13200869      +Cach, LLC, a/k/a, Collect America,    CACV of Colorado,    4340 So. Monaco Street, 2nd Floor,
                Denver, CO 80237-3485
13200870       Comcast Cablevision,    c/o Reilly, Janiczek & McDevitt,    ATTN: Steven P. Cholden, Esquire,
                One Penn Square, Suite, Suite 210,    Philadelphia, PA 19107
13327296      +Deutsche Bank National Trust Company,Et al.,    Wells Fargo Bank, N.A.,
                Attention: Bankruptcy Department,    MAC # D3347-014,    3476 Stateview Boulevard,
                Fort Mill, SC 29715-7203
13200873     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage,    PO BOX 619096,    Dallas, TX 75261-9741)
13453382       Ocean Cable Group, Inc. c/o,    William F. Sweeney, Esquire,
                Baginski, Mezzanotte, Hasson and Rubinat,    Suite 500 - Public Ledger Building,
                150 W. Independence Mall West,    Philadelphia, PA 19106
13219359      +PHILA GAS WORKS,    800 W MONTGOMERY AVE,3F,    PHILADELPHIA, PA 19122-2898,
                ATTN:BANKRUPTCY UNIT
13200876      +Philadelphia Gas Works,    Bankruptcy Unit,    P.O. Box 3500,    800 W. Montgomery Ave, 3rd Flr,
                Philadelphia, PA 19122-2806
13200878       Police & Fire F.C.U.,    ATTN: Mitchell Klein, Esquire,    901 Arch Street,
                Philadelphia, PA 19107-2495
13218399      +Police and Fire Federal Credit Union,    901 Arch Street,    Phila., Pa. 19107-2495
13200879      +Rhonda Manley,    c/o Saltz Mongeluzzi, et al,    ATTN: Robert N. Braker, Esquire,
                1650 Market Street, 52nd Floor,    Philadelphia, PA 19103-7390
13273785       Ronald G. McNeil, Esquire,    1333 Race Street,    Philadelphia, PA 19107-1585
13200880      +Sallie Mae, Inc.,    Collection/Bankruptcy Dept.,    300 Continental Drive, Suite 1S,
                Newark, DE 19713-4322
14219257      +Santander Consumer USA Inc,    C/O WILLIAM EDWARD CRAIG,    Morton & Craig,
                110 Marter Avenue, Ste. 301,    Moorestown, NJ 08057-3125
13258605      +Wells Fargo Bank, N.A.,    ATTN: Bankruptcy Dept.,    MAC#D3347-014,    3476 Stateview Blvd.,
                Fort Mill, SC 29715-7203
13200882       Wells Fargo Bank, N.A.,    MAC T7425-021,    4101 Wiseman Blvd,    San Antonio, TX 78251-4200
13220198       Wells Fargo Bank, N.A.,    P.O. Box 19657,    Irvine, CA 92623-9657
13200883       Wendover Financial Services Corp.,    Bankruptcy/Foreclosure Department,
                725 North Regional Road,    Greensboro, NC 27409-9016
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov May 15 2019 08:18:38      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 15 2019 08:18:33      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/Text: megan.harper@phila.gov May 15 2019 08:18:38      City of Philadelphia,
                Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                5th Floor, Municipal Services Bldg,    Philadelphia, PA 19102
13248601      +E-mail/Text: EBNProcessing@afni.com May 15 2019 08:18:20      Afni, Inc,    PO Box 3667,
                Bloomington, IL 61702-3667
13240549       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 15 2019 08:27:37
                American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                Oklahoma City, OK 73124-8838
13200868       E-mail/Text: EBN_Greensburg@Receivemorermp.com May 15 2019 08:19:37
                Berks Credit and Collection,    900 Corporate Drive,    Reading, PA 19605-3340
13295483       E-mail/Text: megan.harper@phila.gov May 15 2019 08:18:37      City of Philadelphia,
                Law Department - Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Flor,
                Philadelphia, PA 19102-1595
13260193      +E-mail/Text: ISAC.Bankruptcy@illinois.gov May 15 2019 08:17:21
                Illinois Student Assistance Commission,    1755 Lake Cook Rd,    Deerfield IL 60015-5209
13200871       E-mail/Text: cio.bncmail@irs.gov May 15 2019 08:17:27      Internal Revenue Service,
                Bankruptcy Division,    P.O. Box 7346,    Philadelphia, PA 19101-7346
13245473      +E-mail/Text: bankruptcygroup@peco-energy.com May 15 2019 08:17:33      PECO Energy Company,
                Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13200875       E-mail/Text: bankruptcygroup@peco-energy.com May 15 2019 08:17:33      PECo Energy Co.,
                Bankruptcy Group,    2301 Market Street  # N3-2,    Philadelphia, PA 19103-1338
13200874       E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 15 2019 08:17:47      Pennsylvania Dept of Revenue,
                Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0496
13200877      +E-mail/Text: megan.harper@phila.gov May 15 2019 08:18:37      Philadelphia Law Department,
                Bankruptcy Unit,    Municipal Services Bldg,    1401 JFK Blvd, Room 508,
                Philadelphia, PA 19102-1617
13200881       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 15 2019 08:17:12
                Verizon Communications,    Bankruptcy Department,    404 Brock Drive,
                Bloomington, IL 61701-2654
                                                                                              TOTAL: 14
```

```
District/off: 0313-2           User: Stacey              Page 2 of 2                   Date Rcvd: May 15, 2019
                               Form ID: 138NEW           Total Noticed: 36
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                   Harrisburg, PA  17128-0946
13200872*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                 (address filed with court:  Internal Revenue Service,    Office of District Counsel,
                   701 Market Street, Suite 2200,    Philadelphia, PA  19106-1533)
13330004*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC,    Attn: Bankruptcy Department,
                   PO Box 630267,   Irving, TX 75063)
                                                                                             TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2019 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Federal National Mortgage Association
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              D. TROY SELLARS    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For
               Soundview Home Loan Trust 2006-Wf2, Asset-Backed Certificates, Series 2006-WF2
               D.Troy.Sellars@usdoj.gov
              DENISE ELIZABETH CARLON    on behalf of Creditor    Federal National Mortgage Association
               bkgroup@kmllawgroup.com
              JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, et. al.
               paeb@fedphe.com
              KIMBERLY A. BONNER    on behalf of Creditor    WELLS FARGO BANK, NA kab@jsdc.com,   jnr@jsdc.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              ROBERT N. BRAKER    on behalf of Creditor Rhonda   Manley rbraker@smbb.com
              RONALD G. MCNEIL    on behalf of Debtor Gia N. Scott r.mcneil1@verizon.net
              THOMAS I. PULEO    on behalf of Creditor    Federal National Mortgage Association
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              WILLIAM F. SWEENEY    on behalf of    Ocean Cable Group william.sweeney@libertymutual.com,
               diane.murphy@libertymutual.com
                                                                                             TOTAL: 15
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Gia N. Scott

       Debtor(s)                     Bankruptcy No: 13−20439−amc

                                                                     Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        900 Market Street
                            Suite 400
                      Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                      For The Court
                                                          Timothy B. McGrath
                                                            Clerk of Court

Dated: 5/14/19

                                                                              172 − 171
                                                                    Form 138_new