United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 13-20439-amc
Gia N. Scott                                                    Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey          Page 1 of 1          Date Rcvd: Oct 29, 2019
                              Form ID: 195          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2019.
db              Gia N. Scott,    554 E. Marwood Road,   Philadelphia, PA  19120-2628

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2019 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    Federal National Mortgage Association
          agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
          ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
          bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
          D. TROY SELLARS    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For
          Soundview Home Loan Trust 2006-Wf2, Asset-Backed Certificates, Series 2006-WF2
          D.Troy.Sellars@usdoj.gov
          DENISE ELIZABETH CARLON    on behalf of Creditor    Federal National Mortgage Association
          bkgroup@kmllawgroup.com
          JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, et. al.
          paeb@fedphe.com
          KIMBERLY A. BONNER    on behalf of Creditor    WELLS FARGO BANK, NA kab@jsdc.com,  jnr@jsdc.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
          karena.blaylock@phila.gov
          ROBERT N. BRAKER    on behalf of Creditor Rhonda  Manley rbraker@smbb.com
          RONALD G. MCNEIL    on behalf of Debtor Gia N. Scott r.mcneill@verizon.net
          THOMAS I. PULEO    on behalf of Creditor    Federal National Mortgage Association
          tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
          ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
          WILLIAM F. SWEENEY    on behalf of    Ocean Cable Group william.sweeney@libertymutual.com,
          diane.murphy@libertymutual.com
                                                                        TOTAL: 15

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                      : Chapter 13

Gia N. Scott                                               : Case No. 13–20439–amc

       Debtor(s)

## *ORDER*

_____

     AND NOW, this day , October 29, 2019 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

     ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court